# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARC SULTAN,

Appellant,

v.

HILLSBOROUGH BP, INC., a Florida Corporation; IBRAHIM
GHOBRIAL, INDIVIDUALLY; SHAHINAZ KALDAS,
INDIVIDUALLY; EBTISAM BASSEL, INDIVIDUALLY;
AUTOMATED PETROLEUM & ENERGY COMPANY, INC., a
Florida Corporation; BILL McKNIGHT, INDIVIDUALLY; and
PETE ELGERS, INDIVIDUALLY,

Appellees.

No. 2D2024-0580

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel,
Judge.

Marc Sultan, pro se.

Irene Bassel Frick of Akerman, LLP, Tampa for Appellees Ibrahim
Ghobrial and Hillsborough BP, Inc., a Florida Corporation.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.